UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HAROLD LEAKS and TRULY LEAKS | * | |
| | * | CIVIL ACTION NO.: 5:17-cv-01356 |
| VERSUS | * | JUDGE S. MAURICE HICKS |
| GREAT WEST CASUALTY COMPANY, MARK A. PAYNE and DANCOR TRANSIT, INC. | * | MAGISTRATE MARK L. HORNSBY |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**Considering the foregoing** Partial Joint Motion to Dismiss With Prejudice of the parties;

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the Partial Joint Motion to Dismiss With Prejudice is **GRANTED**, and that any and all claims of Truly Leaks asserted in the captioned litigation, be and the same are hereby, **DISMISSED WITH PREJUDICE**, each party to bear their own costs.

SHREVEPORT, LOUISIANA, this  9th  day of   Jan.  , 2018.

_____
UNITED STATES ~~DISTRICT~~ JUDGE

- 1 -